UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY STEVENS and ELISSA STEVENS,<br><br>　　　　Petitioners,<br><br>　　v.<br><br>JIFFY LUBE INTERNATIONAL, INC., A CORPORATION,<br><br>　　　　Respondent. | Case No. 16-cv-7175-EMC<br><br>**[Proposed] ORDER GRANTING REQUEST FOR CONTINUANCE ON HEARING ON PETITIONERS' MOTION FOR NEW JUDGMENT, OR IN THE ALTERNATIVE, TO ALTER OR AMEND THE JUDGMENT**<br><br>Hearing Date:　4/13/2017<br>Time:　　　　　1:30 p.m.<br>Location:　　　Courtroom 5, 17th Floor<br><br>*Assigned for All Purposes to the Honorable Edward M. Chen* |

　　　　Pursuant to the parties' Stipulation to Continue the Hearing on Petitioners' Motion for New Judgment, or in the Alternative, to Alter or Amend the Judgment ("Motion") and the supporting declaration of Michael L. Fox; and good cause appearing, IT IS HEREBY ORDERED that the April 13, 2017 hearing on Petitioners' Motion is continued to Thursday, May 4, 2017 at 1:30 p.m.

**IT IS SO ORDERED.**

DATED:　　　3/20/2017

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE EDWARD M. CHEN

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*